## IN THE SUPREME COURT OF PENNSYLVANIA

| In the Matter Of | : | No. 2409 Disciplinary Docket No. 3 |
| | : | |
| ALICE ANNE PELLEGRINO | : | No. 130 DB 2017 |
| | : | |
| | : | Attorney Registration No. 67489 |
| | : | |
| | : | (Delaware County) |

## **ORDER**

**PER CURIAM**

**AND NOW**, this 18th day of May, 2018, on certification by the Disciplinary Board that Alice Anne Pellegrino, who was suspended for a period of six months, has filed a verified statement showing compliance with the Order of Suspension and Pa.R.D.E. 217, and there being no other outstanding order of suspension or disbarment, Alice Anne Pellegrino shall be returned to administrative suspension.